# EXHIBIT F

Page 1
LuckyLand Slots | Play Free Slot Games to redeem cash Prizes!
https://luckylandslots.com/glp/?gclid=CjwKCAjw79iaBhAJEiwAPYwoCApXg6QywWLYOH9Gu-Yosci8_ZZxHSGehrecUdff0QpCZ83rQEcKPxoCtG8QAvD_BwE&utm_source=google&utm_medium=cpc&utm_campaign=brand&ef_id=...
slots!14997839240!129906705098
24/10/2022
1



Captured by FireShot Pro: 24 October 2022, 15:10:50
LuckyLand Slots | Play Free Slot Games to redeem cash Prizes!
https://luckylandslots.com/glp/?gclid=CjwKCAjw79iaBhAJEiwAPYwoCApXg6QywWLYOH9Gu-Yosci8_ZZxHSGehrecUdff0QpCZ83rQEcKPxoCtG8QAvD_BwE&utm_source=google&utm_medium=cpc&utm_campaign=brand&ef_id=...
slots!14997839240!129906705098