# EXHIBIT H

It's always free to play Luckyland Slots with Sweeps Coins!

By Mail

By entering a competition

By claiming your daily login bonus

When you buy Gold Coins*

Want to know more? Visit our 'Sweeps Rules' for more details!

*Not every Gold Coin package is promoted with bonus free Sweeps Coins.

LuckyLand: Part of the VGW Family

VGW   CHUMBA CASINO   GLOBAL POKER

Terms of Service   Privacy Policy   Contact Us

Copyright 2022 LuckyLand Slots – All Rights Reserved
No Purchase necessary subject to Terms of Service, void where prohibited by law.

**Postal Alternative Method of Entry**
Receive free Sweeps Coins by obtaining a Postal Request Code and sending a handwritten request that meets the requirements specified in our Sweeps Rules to: VGW LUCKYLAND INC, LUCKYLAND SLOTS SWEEPSTAKES DEPARTMENT, PO BOX #8486, PORTSMOUTH, NH 03801  For more details, see our Sweeps Rules

Page 1
LuckyLand Slots | Play Free Slot Games to redeem cash Prizes!
https://luckylandslots.com/glp/?gclid=CjwKCAjw79iaBhAJEiwAPYwoCApXg6QywWLYOH9Gu-Yosci8_ZZxH5GehrecUdff0QpCZ83rQEcKPxoCtG8QAvD_BwE&utm_source=google&utm_medium=cpc&utm_campaign=brand&ef_id=…
slots!149978392401129906705098
24/10/2022
1

Captured by FireShot Pro: 24 October 2022, 13:09:43
LuckyLand Slots | Play Free Slot Games to redeem cash Prizes!
https://luckylandslots.com/glp/?gclid=CjwKCAjw79iaBhAJEiwAPYwoCApXg6QywWLYOH9Gu-Yosci8_ZZxH5GehrecUdff0QpCZ83rQEcKPxoCtG8QAvD_BwE&utm_source=google&utm_medium=cpc&utm_campaign=brand&ef_id=…
slots!149978392401129906705098

Page 1
LuckyLand Slots | Play Free Slot Games to redeem cash Prizes!
https://luckylandslots.com/glp/?gclid=CjwKCAjw79iaBhAJEiwAPYwoCApXg6QywWLYOH9Gu-Yosci8_ZZxHSGehrecUdff0QpCZ83rQEcKPxoCtG8QAvD_BwE&utm_source=google&utm_medium=cpc&utm_campaign=brand&ef_id=…
slots!14997839240!129906705098
24/10/2022
1



Captured by FireShot Pro: 24 October 2022, 13:13:59
LuckyLand Slots | Play Free Slot Games to redeem cash Prizes!
https://luckylandslots.com/glp/?gclid=CjwKCAjw79iaBhAJEiwAPYwoCApXg6QywWLYOH9Gu-Yosci8_ZZxHSGehrecUdff0QpCZ83rQEcKPxoCtG8QAvD_BwE&utm_source=google&utm_medium=cpc&utm_campaign=brand&ef_id=…
slots!14997839240!129906705098

Page 1
LuckyLand Slots | Play Free Slot Games to redeem cash Prizes!
https://luckylandslots.com/glp/?gclid=CjwKCAjw79iaBhAJEiwAPYwoCApXg6QywWLYOH9Gu-Yosci8_ZZxHSGehrecUdff0QpCZ83rQEcKPxoCtG8QAvD_BwE&utm_source=google&utm_medium=cpc&utm_campaign=brand&ef_id=...
slots!14997839240!129906705098
24/10/2022
1



Captured by FireShot Pro: 24 October 2022, 13:16:27
LuckyLand Slots | Play Free Slot Games to redeem cash Prizes!
https://luckylandslots.com/glp/?gclid=CjwKCAjw79iaBhAJEiwAPYwoCApXg6QywWLYOH9Gu-Yosci8_ZZxHSGehrecUdff0QpCZ83rQEcKPxoCtG8QAvD_BwE&utm_source=google&utm_medium=cpc&utm_campaign=brand&ef_id=...
slots!14997839240!129906705098

Page 1
(20+) Facebook
https://www.facebook.com/LuckyLandSlots/photos/a.375437329612220/1420923551730254/
24/10/2022
1



Captured by FireShot Pro: 24 October 2022, 14:41:22
(20+) Facebook
https://www.facebook.com/LuckyLandSlots/photos/a.375437329612220/1420923551730254/

Page 1
(20+) Facebook
https://www.facebook.com/LuckyLandSlots/photos/a.375437329612220/1405856646570278/
24/10/2022
1



Captured by FireShot Pro: 24 October 2022, 14:43:13
(20+) Facebook
https://www.facebook.com/LuckyLandSlots/photos/a.375437329612220/1405856646570278/

Page 1
(20+) Facebook
https://www.facebook.com/LuckyLandSlots/photos/a.375437329612220/1403191680170108/
24/10/2022
1



Captured by FireShot Pro: 24 October 2022, 14:44:06
(20+) Facebook
https://www.facebook.com/LuckyLandSlots/photos/a.375437329612220/1403191680170108/

Page 1
(20+) Facebook
https://www.facebook.com/LuckyLandSlots/photos/a.375437329612220/1401243590364917/
24/10/2022
1



Captured by FireShot Pro: 24 October 2022, 14:44:36
(20+) Facebook
https://www.facebook.com/LuckyLandSlots/photos/a.375437329612220/1401243590364917/