# EXHIBIT J

🇺🇸 UNITED STATES POSTAL SERVICE

September 6, 2022

Dear Susan Wellborn:

The following is in response to your request for proof of delivery on your item with the tracking number: **7021 2720 0003 0557 9402**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | September 6, 2022, 12:26 pm |
| Location: | PALO ALTO, CA 94306 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 2.0oz |

**Recipient Signature**

Signature of Recipient: *[handwritten signature: PM FScallM]*

Address of Recipient: *[handwritten: 2345 Yale PA, CA 94306]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

September 6, 2022

Dear Susan Wellborn:

The following is in response to your request for proof of delivery on your item with the tracking number: **7021 2720 0003 0557 9419**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | September 6, 2022, 12:26 pm |
| Location: | PALO ALTO, CA 94306 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 2.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *[handwritten signature]* |
| Address of Recipient: | *[handwritten: 2345 Yale, PA, CA 94306]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

September 7, 2022

Dear Susan Wellborn:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7021 2720 0003 0557 9426**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | September 7, 2022, 5:23 am |
| Location: | WILMINGTON, DE 19801 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 2.0oz |

### Recipient Signature



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

September 7, 2022

Dear Susan Wellborn:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7021 2720 0003 0557 9624**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | September 7, 2022, 5:23 am |
| Location: | WILMINGTON, DE 19801 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 2.0oz |

### Recipient Signature

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004