IN THE UNITED STATES DISTICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EPIC TECH, LLC </br></br> *Plaintiff,* </br></br> v. </br></br> VGW LUCKYLAND, INC. and VGW HOLDINGS US, INC., </br></br> *Defendant.* | Civil Action No. 1:23-cv-0118-UNA |

## NOTICE OF APPEARANCE OF KEITH A. JONES

Kindly enter the appearance of Keith A. Jones as counsel for Plaintiff, Epic Tech, LLC in the above-entitled action.

Dated: February 6, 2023

PANITCH SCHWARZE BELISARIO
& NADEL LLP

*/s/ Keith A. Jones*
Keith A. Jones (#7011)
Wells Fargo Tower
2200 Concord Pike, Suite 201
Wilmington, DE19803
Telephone: (302) 394-6030
Facsimile: (215) 965-1331
Email: kjones@panitchlaw.com

***Counsel for Plaintiff, Epic Tech, LLC***