IN THE UNITED STATES DISTRICT COURT
FOR THE DELAWARE OF DELAWARE

| | |
|---|---|
| EPIC TECH, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VGW LUCKYLAND, INC., and<br>VGW HOLDINGS US, INC.,<br><br>    Defendants. | Civil Action No. 1:23-cv-00118-RGA |

### ORDER

Plaintiff Epic Tech, LLC's *ex parte* motion for leave to conduct limited non-party discovery prior to the appearance of any defendant or the occurrence of the conference required by Fed. R. Civ. P. 26(f) is hereby GRANTED.

IT IS ORERED THAT Plaintiff may immediately serve the proposed non-party subpoena as it appears at Exhibit B to Plaintiff's motion upon the non-party designated therein. Plaintiff shall require that the witness respond in no less than twenty (20) days from the service therefrom.

IT IS SO ORDERED this  5th  day of         April         , 2023.

                    /s/ Richard G. Andrews
                    The Hon. Richard G. Andrews
                    Judge, United States District Court
                    District of Delaware