IN THE UNITED STATES DISTICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| EPIC TECH, LLC, | ) ) ) | |
| *Plaintiff,* | ) ) | Civil Action No. 1:23-cv-00118-RGA |
| v. | ) ) | |
| VGW LUCKYLAND, INC. and VGW HOLDINGS US, INC., | ) ) ) ) | |
| *Defendants.* | ) | |

**PLAINTIFF'S STATUS REPORT**

Pursuant to this Court's June 13, 2023, Order (D.I. 17), Plaintiff Epic Tech, LLC ("Epic Tech" or "Plaintiff") submits the following status report regarding the above-captioned matter:

*Status of Non-Party Discovery*

In its April 5, 2023, Order (D.I. 16), this Court granted leave for Epic Tech to conduct limited non-party discovery. Specifically, Epic Tech was authorized to issue a non-party subpoena (the "Subpoena") pursuant to Federal Rule of Civil Procedure 45 to Barclays Bank Delaware ("Barclays") requesting that Barclays provide documents identifying the identity and/or accounts associated with a purchase made by Plaintiff's investigator.

On or about April 13, 2023, the Subpoena was served on Barclays' registered agent in Delaware. See Exhibit A, Proof of Service. On or about April 24, 2023, Plaintiff's counsel received a response from Barclays that provided copies of the investigator's credit card statements, but no additional information regarding the transaction. Further, the response from Barclays did not provide any contact information by which Plaintiff's counsel could follow up with or otherwise contact Barclays regarding the subpoena response.

On or about June 6, 2023, counsel for Epic Tech sent a follow up letter to Barclays via service by certified mail on Barclays' registered agent in Delaware, requesting that Barclays supplement its prior subpoena response and produce any documents in its possession, custody, or control that would identify the "name, address, and financial account number(s)" of the recipient of transaction identified in the Subpoena. The certified mail receipt for the June 6 follow-up letter indicates that it was received by Barclays' registered agent on June 9, 2023.

As of the date of this Status Report, no response from Barclays has been received by counsel for Epic Tech.

Dated:  June 16, 2023

Respectfully submitted,

PANTICH SCHWARZE BELISARIO & NADEL LLP

*/s/ John D. Simmons*

John D. Simmons (#5996)
Keith A. Jones (#7011)
Wells Fargo Tower
2200 Concord Pike, Suite 201
Wilmington, DE 19803
Telephone: (302) 394-6001
jsimmons@panitchlaw.com
kjones@panitchlaw.com

OF COUNSEL:

Kelly O. Wallace (admitted pro hac vice)
Samuel A. Mullman (admitted pro hac vice)
WELLBORN, WALLACE & MULLMAN, LLC
1218 Menlo Drive, N.W., Suite E
Atlanta, GA 30318
Telephone: (404) 352-3990
kelly@wellbornlaw.com
sam@wellbornlaw.com

***Counsel for Plaintiff Epic Tech, LLC***