# EXHIBIT A-1

**Posted transactions**

Sort by

**LUCKYLAND**

Account ....4399

$4.99
5 points

- ON STATEMENT AS

  LUCKYLAND

- MERCHANT LOCATION

  855-6104045 CA 94102

- TRANSACTION DATE

  Thursday, Mar 2nd, 2023

- POST DATE

  Friday, Mar 3rd, 2023

- PURCHASED BY

  Thomas Huhn

- MERCHANT CATEGORY

  VIDEO GAME ARCADES/ESTABLISHMENTS