# EXHIBIT A

**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF OHIO**

**Plaintiff**
EPIC TECH, LLC

vs

**Defendant**
VGW LUCKYLAND, INC., ET AL

DOCKET NO. 1:230-CV-00118

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

|||
|---|---|
| 707994 | |

Person to be served: FIFTH THIRD BANK
C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT
Address:
3366 RIVERSIDE DRIVE
SUITE 103
UP. ARLINGTON OH 43221

SERVED AT
1160 DUBLIN ROADRIVE
SUITE 400
COLUMBUS OH 43215

Cost of Service pursuant to R4:4-30
$ _____

Attorney:
PANITCH SCHWARZE BELISARIO &
TWO COMMERCE SQUARE 2001 MARKET ST, SUITE 2800
PHILADELPHIA PA 19103

Papers Served:
SUBPOENA TO PRODUCE DOCUMENTS; EXHIBIT A

**Service Data:**

Served Successfully __X__    Not Served ____    Date: 5/2/2024    Time: 1:35 pm    Attempts: ____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

Name of Person Served and relationship/title
Stephanie Gibson

__X__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

PERSON IN CHARGE AT THE OFFICE OF THE REGISTERED AGENT OF THE CORPORATION.

**Description of Person Accepting Service:**

Age: 40    Height: 5'9    Weight: 200    Hair: Brown    Sex: Female    Race: White

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time _____
                              Date _____ Time _____
                              Date _____ Time _____
( ) Other: _____    Comments or Remarks: _____

Subscribed and Sworn to me this
3rd day of May, 2024

_Notary Signature_

Jeffrey A. Cremeans
Notary Public, State of Ohio
My Commission Expires 6-14-24

I, Erika M. Cremeans, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Erika Cremeans    5/3/2024
Signature of Process Server    Date

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.  707994
File No.  690006-0001

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| EPIC TECH, LLC, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:23-cv-00118-RGA |
| VGW LUCKYLAND, INC., and VGW HOLDINGS US, INC | ) ) ) | |
| *Defendant* | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: FIFTH THIRD BANK, 38 FOUNTAIN SQUARE, CINCINNATI, OH 45263
c/o Corporation Service Company, Registered Agent, 3366 Riverside Dr. Suite 103, Upper Arlington, OH 43221

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A.

| Place: Panitch Schwarze Belisario & Nadel LLP; ATTN: John D. Simmons; Wells Fargo Tower, 2200 Concord Pike, Suite 201, Wilmington, DE 19803 | Date and Time: 5/10/2024 9:00 a.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/26/2024

| *CLERK OF COURT* | OR | /s/ John D. Simmons |
|---|---|---|
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:
Panitch Schwarze Belisario & Nadel LLP; ATTN: John D. Simmons; Wells Fargo Tower, 2200 Concord Pike, Suite 201, Wilmington, DE 19803 - email address: jsimmons@panitchlaw.com - Telephone: (302)394-6001

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:23-cv-00118-RGA

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: