# EXHIBIT A-1

An official website of the United States government.    Here's how you know. ⌄                                          Log in to PACER Systems ➜



## Party Search Results

**Search Criteria:** Party Search; Last Name: [vgw]
**Result Count:** 44 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| VGW (pla) | 0:2017cv02621 | Walsh v. Dorel Juvenile Group Inc et al | South Carolina District Court | 09/28/2017 | 02/28/2019 |
| VGWDC, LLC (dft) | 2:2000ap03444 | Mundaca Financial Services, LLC and VGWDC, LLC | New Jersey Bankruptcy Court | 06/15/2000 | 07/10/2000 |
| Vgwueze, Godwin (dft) | 1:2010cv00584 | (PC)Aquino v. Vgwueze | California Eastern District Court | 04/05/2010 | 06/15/2010 |
| VGW GP Limited (dft) | 6:2024cv00413 | Knapp v. VGW Holdings Limited et al | Florida Middle District Court | 02/28/2024 | |
| VGW GP Limited (dft) | 1:2024cv00901 | Fair Gaming Advocates Georgia Inc. v. VGW Holdings Limited et al | Georgia Northern District Court | 02/28/2024 | |
| VGW GP Limited (dft) | 1:2024cv02184 | Kennedy v. VGW Holdings Limited et al | Georgia Northern District Court | 05/17/2024 | |
| VGW Holdings Limited (pet) | 5:2023cv01310 | VGW Holdings Limited v. Holcomb | Ohio Northern District Court | 06/30/2023 | 09/12/2023 |
| VGW Holdings Limited (dft) | 6:2024cv00413 | Knapp v. VGW Holdings Limited et al | Florida Middle District Court | 02/28/2024 | |
| VGW Holdings Limited (dft) | 1:2024cv00901 | Fair Gaming Advocates Georgia Inc. v. VGW Holdings Limited et al | Georgia Northern District Court | 02/28/2024 | |
| VGW Holdings Limited (dft) | 1:2024cv02184 | Kennedy v. VGW Holdings Limited et al | Georgia Northern District Court | 05/17/2024 | |
| VGW Holdings Ltd. (dft) | 1:2023cv12878 | Fair Gaming Advocates MA LLC v. VGW Holdings Ltd. et al | Massachusetts District Court | 11/28/2023 | 01/11/2024 |
| VGW Holdings Ltd. (pla) | 1:2023cv13160 | Virtual Gaming Worlds et al v. Murnaghan | Massachusetts District Court | 12/20/2023 | 02/21/2024 |
| VGW Holdings US INC (dft) | 3:2023cv00462 | Seal v. VGW LTD et al | Alabama Northern District Court | 04/11/2023 | 08/25/2023 |
| VGW Holdings US INC (dft) | 3:2023cv01295 | Seal v. VGW LTD et al | Alabama Northern District Court | 09/29/2023 | |
| VGW Holdings US, Inc. (dft) | 1:2023cv00118 | Epic Tech, LLC v. VGW Luckyland, Inc. et al | Delaware District Court | 01/31/2023 | |
| VGW Holdings US, Inc. (dft) | 4:2023cv00062 | Ewing v. VGW Ltd. et al | Tennessee Eastern District Court | 12/19/2023 | |
| VGW LTD (dft) | 3:2023cv00462 | Seal v. VGW LTD et al | Alabama Northern District Court | 04/11/2023 | 08/25/2023 |
| VGW LTD (dft) | 3:2023cv01295 | Seal v. VGW LTD et al | Alabama Northern District Court | 09/29/2023 | |
| VGW Ltd. (dft) | 4:2023cv00062 | Ewing v. VGW Ltd. et al | Tennessee Eastern District Court | 12/19/2023 | |
| VGW Luckyland Inc (dft) | 3:2023cv00462 | Seal v. VGW LTD et al | Alabama Northern District Court | 04/11/2023 | 08/25/2023 |
| VGW Luckyland Inc (dft) | 3:2023cv01295 | Seal v. VGW LTD et al | Alabama Northern District Court | 09/29/2023 | |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| VGW Luckyland Inc (dft) | 6:2024cv00413 | Knapp v. VGW Holdings Limited et al | Florida Middle District Court | 02/28/2024 | |
| VGW Luckyland Inc. (dft) | 1:2024cv00901 | Fair Gaming Advocates Georgia Inc. v. VGW Holdings Limited et al | Georgia Northern District Court | 02/28/2024 | |
| VGW Luckyland Inc. (dft) | 1:2024cv02184 | Kennedy v. VGW Holdings Limited et al | Georgia Northern District Court | 05/17/2024 | |
| VGW Luckyland, Inc. (dft) | 1:2023cv00118 | Epic Tech, LLC v. VGW Luckyland, Inc. et al | Delaware District Court | 01/31/2023 | |
| VGW Luckyland, Inc. (dft) | 6:2023cv01360 | Doe v. VGW Malta Ltd. et al | Florida Middle District Court | 07/19/2023 | 10/04/2023 |
| VGW LuckyLand, Inc. (dft) | 1:2023cv03226 | Doe v. VGW Malta Ltd et al | Georgia Northern District Court | 07/20/2023 | 11/28/2023 |
| VGW Luckyland, Inc. (dft) | 1:2023cv11960 | CLRG MA LLC v. VGW Malta Ltd. et al | Massachusetts District Court | 08/24/2023 | 10/31/2023 |
| VGW Luckyland, Inc. (dft) | 1:2023cv12878 | Fair Gaming Advocates MA LLC v. VGW Holdings Ltd. et al | Massachusetts District Court | 11/28/2023 | 01/11/2024 |
| VGW Luckyland, Inc. (dft) | 4:2023cv00062 | Ewing v. VGW Ltd. et al | Tennessee Eastern District Court | 12/19/2023 | |
| VGW Malta Limited (dft) | 6:2024cv00413 | Knapp v. VGW Holdings Limited et al | Florida Middle District Court | 02/28/2024 | |
| VGW Malta Limited (dft) | 1:2024cv00901 | Fair Gaming Advocates Georgia Inc. v. VGW Holdings Limited et al | Georgia Northern District Court | 02/28/2024 | |
| VGW Malta Limited (dft) | 1:2024cv02184 | Kennedy v. VGW Holdings Limited et al | Georgia Northern District Court | 05/17/2024 | |
| VGW Malta Ltd (dft) | 1:2023cv03226 | Doe v. VGW Malta Ltd et al | Georgia Northern District Court | 07/20/2023 | 11/28/2023 |
| VGW Malta Ltd. (dft) | 6:2023cv01360 | Doe v. VGW Malta Ltd. et al | Florida Middle District Court | 07/19/2023 | 10/04/2023 |
| VGW Malta Ltd. (dft) | 1:2023cv11960 | CLRG MA LLC v. VGW Malta Ltd. et al | Massachusetts District Court | 08/24/2023 | 10/31/2023 |
| VGW Malta Ltd. (dft) | 1:2023cv12878 | Fair Gaming Advocates MA LLC v. VGW Holdings Ltd. et al | Massachusetts District Court | 11/28/2023 | 01/11/2024 |
| VGW US Inc (dft) | 3:2023cv00462 | Seal v. VGW LTD et al | Alabama Northern District Court | 04/11/2023 | 08/25/2023 |
| VGW US Inc (dft) | 3:2023cv01295 | Seal v. VGW LTD et al | Alabama Northern District Court | 09/29/2023 | |
| VGW US, Inc. (dft) | 1:2023cv12878 | Fair Gaming Advocates MA LLC v. VGW Holdings Ltd. et al | Massachusetts District Court | 11/28/2023 | 01/11/2024 |
| VGW US, Inc. (dft) | 4:2023cv00062 | Ewing v. VGW Ltd. et al | Tennessee Eastern District Court | 12/19/2023 | |
| VGW Investments Inc (db) | 1:2021bk53990 | Vincent Gerell Williams | Georgia Northern Bankruptcy Court | 05/24/2021 | |
| VGW Investments, Inc. (db) | 1:2012bk56993 | VGW Investments, Inc. | Georgia Northern Bankruptcy Court | 03/15/2012 | 10/30/2012 |
| Vgwvoke, Shan Jarvis (db) | 4:2018bk41888 | Shandrian Nicolette Jarvis | Texas Eastern Bankruptcy Court | 08/25/2018 | 04/28/2021 |

**PACER Service Center**         05/28/2024 10:55:12
**User**         kwallace71
**Client Code**
**Description**  All Court Types Party Search
                 All Courts; Name vgw; All Courts; Page: 1

| Billable Pages | 1 ($0.10) |
|---|---|

PACER FAQ

Privacy & Security

Contact Us

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

# EXHIBIT A-2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:23-CV-01360

JOHN DOE, On behalf of himself and all
others similarly situated,

    Plaintiff,

v.

VGW MALTA LTD., and
VGW LUCKYLAND, INC.,

    Defendants.
_____/

# DECLARATION OF MICHAEL THUNDER IN SUPPORT OF MOTION TO SET ASIDE PARTIAL DEFAULT JUDGMENT

I, Michael Thunder, declare that the following is true and correct:

1. I am the General Counsel of VGW Holdings Ltd. ("VGW"). I am over 18 years of age and am competent to make this declaration. I make this declaration based on personal knowledge, the books and records of VGW, and information reported to me in the ordinary course of business by individuals with a business duty to accurately report that information.

2. I respectfully submit this declaration in connection with VGW Luckyland, Inc.'s Motion to Set Aside Partial Default Judgment (the "Motion") in this matter.

3. VGW Luckyland, Inc. ("VGW Luckyland"), is a Delaware company that operates the *Luckyland Slots* games, which are accessible to users online at https://www.luckylandslots.com.

- 1 -

4. CT Corp. is a company that provides registered agent services for businesses, among other services. At all times relevant to this action, CT Corp. was listed with the Delaware Department of State, Division of Corporations, as the registered agent in Delaware for VGW Luckyland.

5. I understand that Dennis Wells, counsel for Plaintiff John Doe in the above-captioned action, attempted service of various filings on VGW Luckyland through CT Corp. in May and June 2023. Neither I nor anyone else associated with VGW or VGW Luckyland became aware of those attempts until on or about July 11, 2023.

6. I further understand that CT Corp. rejected each of those attempts at service, sending Mr. Wells five notices of rejected service of process (the "Notices"). I attach as **Exhibits A-E** copies of the Notices that were provided to counsel for VGW Luckyland by CT Corp. in response to our request in preparation for the Motion.

7. I do not know why CT Corp. believed VGW Luckyland to be an "inactive entity," nor why it did not have a current, valid address for VGW Luckyland on file. In the two weeks since first learning of this suit, we have not been able to arrive at an understanding of precisely what happened, although we continue to make attempts to do so.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 26th day of July 2023, at Perth WA, Australia.



MICHAEL THUNDER

# EXHIBIT A

Case 1:23-cv-08618-RGA   Document 38-1   Filed 05/29/24   Page 8 of 17 PageID #: 212



July 13, 2023

**Notice of Rejected Service of Process – Log# 543824915**

Agent Served:   CT Corporation
Party Served:   VGW Luckyland Inc.
Jurisdiction Served:   Delaware
Title of Action:   JOHN DOE, On behalf of himself and all Others similarly situated vs. VGW MALTA LTD
Case No.  2023CA002760

Dear Sir/Madam:

We have received documents from you in the above-referenced matter, but we are not able to forward the documents to any party due to the reason indicated below.

☐ Not Agent: According to our records and/or the records of the Secretary of State, we are not the registered agent for the party you are attempting to serve.

☐ Documents Do Not Correctly Identify the Intended Recipient: The name of the party that you are trying to serve appears to be incomplete and/or there are other errors in how you have identified the party that you are trying to serve. Our company is the registered agent for service of process for hundreds of thousands of entities, and because of your errors in identifying the party that you are trying to serve, we are unable to determine the identity of the party that you are attempting to serve.

☑ Inactive Entity: The entity that you are attempting to serve is either discontinued on our records and/or inactive with the Secretary of State. Accordingly, we no longer have any active agreement with the entity to operate as its registered agent for service of process, and we no longer have current delivery instructions on file.

To be clear, for the aforementioned reason(s), we have not been able to forward the documents that you are attempting to serve to any party. We are writing this letter to you so that you can take action to address the problems that we have identified. If you do not correct the errors identified herein, the party you are trying to serve will not receive notice of these documents.

Please email SOPInquiries@wolterskluwer.com if you believe that you have received this letter in error or if you need further assistance.

Very truly yours,
C T Corporation System

**(Returned To)**

Dennis Wells
Webb & Wells P.A.
Po Box 915432,
Longwood, FL  32779

# EXHIBIT B

Case 1:23-cv-01633-RGA   Document 38-1   Filed 05/29/24   Page 11 of 17 PageID #: 2245



July 13, 2023

**Notice of Rejected Service of Process – Log# 544003970**

Agent Served:   CT Corporation
Party Served:   VGW Luckyland Inc.
Jurisdiction Served:   Delaware
Title of Action:   JOHN DOE, On behalf of himself and all Others similarly situated vs. VGW MALTA LTD
Case No.  2023CA002760

Dear Sir/Madam:

We have received documents from you in the above-referenced matter, but we are not able to forward the documents to any party due to the reason indicated below.

☐  Not Agent: According to our records and/or the records of the Secretary of State, we are not the registered agent for the party you are attempting to serve.

☐  Documents Do Not Correctly Identify the Intended Recipient: The name of the party that you are trying to serve appears to be incomplete and/or there are other errors in how you have identified the party that you are trying to serve. Our company is the registered agent for service of process for hundreds of thousands of entities, and because of your errors in identifying the party that you are trying to serve, we are unable to determine the identity of the party that you are attempting to serve.

☑  Inactive Entity: The entity that you are attempting to serve is either discontinued on our records and/or inactive with the Secretary of State. Accordingly, we no longer have any active agreement with the entity to operate as its registered agent for service of process, and we no longer have current delivery instructions on file.

To be clear, for the aforementioned reason(s), we have not been able to forward the documents that you are attempting to serve to any party. We are writing this letter to you so that you can take action to address the problems that we have identified. If you do not correct the errors identified herein, the party you are trying to serve will not receive notice of these documents.

Please email SOPInquiries@wolterskluwer.com if you believe that you have received this letter in error or if you need further assistance.

Very truly yours,
C T Corporation System




**(Returned To)**

Dennis Wells
Webb & Wells, P.A.
P.O. Box 915432,
Longwood, FL  32779

# EXHIBIT C



July 13, 2023

**Notice of Rejected Service of Process – Log# 544085121**

Agent Served:   CT Corporation
Party Served:   VGW Luckyland Inc.
Jurisdiction Served:   Delaware
Title of Action:   JOHN DOE, On behalf of himself and all Others similarly situated vs. VGW MALTA LTD
Case No.  2023CA002760

Dear Sir/Madam:

We have received documents from you in the above-referenced matter, but we are not able to forward the documents to any party due to the reason indicated below.

☐  Not Agent: According to our records and/or the records of the Secretary of State, we are not the registered agent for the party you are attempting to serve.

☐  Documents Do Not Correctly Identify the Intended Recipient: The name of the party that you are trying to serve appears to be incomplete and/or there are other errors in how you have identified the party that you are trying to serve. Our company is the registered agent for service of process for hundreds of thousands of entities, and because of your errors in identifying the party that you are trying to serve, we are unable to determine the identity of the party that you are attempting to serve.

☑  Inactive Entity: The entity that you are attempting to serve is either discontinued on our records and/or inactive with the Secretary of State. Accordingly, we no longer have any active agreement with the entity to operate as its registered agent for service of process, and we no longer have current delivery instructions on file.

To be clear, for the aforementioned reason(s), we have not been able to forward the documents that you are attempting to serve to any party. We are writing this letter to you so that you can take action to address the problems that we have identified. If you do not correct the errors identified herein, the party you are trying to serve will not receive notice of these documents.

Please email SOPInquiries@wolterskluwer.com if you believe that you have received this letter in error or if you need further assistance.

Very truly yours,
C T Corporation System




**(Returned To)**

Dennis Wells
Webb & Wells, P.A.
P.O. Box 915432,
Longwood, FL  32779

# EXHIBIT D



July 13, 2023

**Notice of Rejected Service of Process – Log# 544085109**

Agent Served:   CT Corporation
Party Served:   VGW Luckyland Inc.
Jurisdiction Served:   Delaware
Title of Action:   JOHN DOE, On behalf of himself and all Others similarly situated vs. VGW MALTA LTD
Case No.  2023CA002760

Dear Sir/Madam:

We have received documents from you in the above-referenced matter, but we are not able to forward the documents to any party due to the reason indicated below.

☐  Not Agent: According to our records and/or the records of the Secretary of State, we are not the registered agent for the party you are attempting to serve.

☐  Documents Do Not Correctly Identify the Intended Recipient: The name of the party that you are trying to serve appears to be incomplete and/or there are other errors in how you have identified the party that you are trying to serve. Our company is the registered agent for service of process for hundreds of thousands of entities, and because of your errors in identifying the party that you are trying to serve, we are unable to determine the identity of the party that you are attempting to serve.

☑  Inactive Entity: The entity that you are attempting to serve is either discontinued on our records and/or inactive with the Secretary of State. Accordingly, we no longer have any active agreement with the entity to operate as its registered agent for service of process, and we no longer have current delivery instructions on file.

To be clear, for the aforementioned reason(s), we have not been able to forward the documents that you are attempting to serve to any party. We are writing this letter to you so that you can take action to address the problems that we have identified. If you do not correct the errors identified herein, the party you are trying to serve will not receive notice of these documents.

Please email SOPInquiries@wolterskluwer.com if you believe that you have received this letter in error or if you need further assistance.

Very truly yours,
C T Corporation System

**(Returned To)**

Dennis Wells
Webb & Wells, P.A.
P.O. Box 915432,
Longwood, FL  32779

# EXHIBIT E



July 13, 2023

**Notice of Rejected Service of Process – Log# 544180837**

Agent Served:   CT Corporation
Party Served:   VGW Luckyland Inc.
Jurisdiction Served:   Delaware
Title of Action:   JOHN DOE, On behalf of himself and all Others similarly situated vs. VGW MALTA LTD
Case No.  2023CA002760

Dear Sir/Madam:

We have received documents from you in the above-referenced matter, but we are not able to forward the documents to any party due to the reason indicated below.

☐  Not Agent: According to our records and/or the records of the Secretary of State, we are not the registered agent for the party you are attempting to serve.

☐  Documents Do Not Correctly Identify the Intended Recipient: The name of the party that you are trying to serve appears to be incomplete and/or there are other errors in how you have identified the party that you are trying to serve. Our company is the registered agent for service of process for hundreds of thousands of entities, and because of your errors in identifying the party that you are trying to serve, we are unable to determine the identity of the party that you are attempting to serve.

☑  Inactive Entity: The entity that you are attempting to serve is either discontinued on our records and/or inactive with the Secretary of State. Accordingly, we no longer have any active agreement with the entity to operate as its registered agent for service of process, and we no longer have current delivery instructions on file.

To be clear, for the aforementioned reason(s), we have not been able to forward the documents that you are attempting to serve to any party. We are writing this letter to you so that you can take action to address the problems that we have identified. If you do not correct the errors identified herein, the party you are trying to serve will not receive notice of these documents.

Please email SOPInquiries@wolterskluwer.com if you believe that you have received this letter in error or if you need further assistance.

Very truly yours,
C T Corporation System




**(Returned To)**

Dennis Wells
Webb & Wells, P.A.
P.O. Box 915432,
Longwood, FL  32779