IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EPIC TECH, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-118-RGA |
| | ) |
| VGW LUCKYLAND, INC., and VGW HOLDINGS US, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

In light of this Court's July 9, 2024, Order (D.I. 42) granting the motion to set aside the Rule 55(a) default entered against Defendants VGW Luckyland, Inc., and VGW Holdings US, Inc. ("Defendants"), Plaintiff Epic Tech, LLC ("Plaintiff") and Defendants hereby stipulate and agree that Defendants shall answer or otherwise respond to Plaintiff's complaint by August 8, 2024.

| | |
|---|---|
| /s/ John D. Simmons | /s/ Andrew E. Russell |
| John D. Simmons (No. 5996) | John W. Shaw (No. 3362) |
| Keith A. Jones (No. 7011) | Karen E. Keller (No. 4489) |
| PANITCH SCHWARZE BELISARIO & NADEL LLP | Andrew E. Russell (No. 5382) |
| | SHAW KELLER LLP |
| Wells Fargo Tower | I.M. Pei Building |
| 2200 Concord Pike, Suite 201 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19803 | Wilmington, DE 19801 |
| (302) 394-6001 | (302) 298-0700 |
| jsimmons@panitchlaw.com | jshaw@shawkeller.com |
| kjones@panitchlaw.com | kkeller@shawkeller.com |
| *Attorneys for Epic Tech, LLC* | arussell@shawkeller.com |
| | *Attorneys for VGW Luckyland, Inc. and VGW Holdings US, Inc.* |
| Dated: July 10, 2024 | |

SO ORDERED this _____ day of _____ 2024.

_____
United States District Court Judge