IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EPIC TECH, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-118-RGA |
| | ) |
| VGW LUCKYLAND, INC., and VGW HOLDINGS US, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for Defendants VGW Luckyland, Inc. and VGW Holdings US, Inc. to move, plead, or otherwise respond to the Complaint is extended through and including August 27, 2025. The parties request this extension to provide time to pursue an amicable resolution of this matter.

| | |
|---|---|
| /s/ Keith A. Jones | /s/ Andrew E. Russell |
| John D. Simmons (No. 5996) | Karen E. Keller (No. 4489) |
| Keith A. Jones (No. 7011) | Andrew E. Russell (No. 5382) |
| PANTICH SCHWARZE BELISARIO & NADEL LLP | SHAW KELLER LLP |
| Delaware Corporate Center | I.M. Pei Building |
| 1 Righter Parkway, Suite 220 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19803 | Wilmington, DE 19801 |
| (302) 394-6030 | (302) 298-0700 |
| jsimmons@panitchlaw.com | kkeller@shawkeller.com |
| kjones@panitchlaw.com | arussell@shawkeller.com |
| *Attorneys for Epic Tech, LLC* | *Attorneys for VGW Luckyland, Inc. and VGW Holdings US, Inc.* |

Dated: May 20, 2025

SO ORDERED this _____ day of _____ 2025.

_____
United States District Court Judge