IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EPIC TECH, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-118-RGA |
| | ) |
| VGW LUCKYLAND, INC., and VGW | ) |
| HOLDINGS US, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for Defendants VGW Luckyland, Inc. and VGW Holdings US, Inc. to move, plead, or otherwise respond to the Complaint is extended through and including October 27, 2025. The parties have continued their discussions since their last stipulation, D.I. 51, and request this extension to provide additional time to pursue an amicable resolution of this matter.

| | |
|---|---|
| /s/ Keith A. Jones | /s/ Andrew E. Russell |
| John D. Simmons (No. 5996) | Karen E. Keller (No. 4489) |
| Keith A. Jones (No. 7011) | Andrew E. Russell (No. 5382) |
| PANTICH SCHWARZE BELISARIO | SHAW KELLER LLP |
| & NADEL LLP | I.M. Pei Building |
| Wells Fargo Tower | 1105 North Market Street, 12th Floor |
| 2200 Concord Pike, Suite 201 | Wilmington, DE 19801 |
| Wilmington, DE 19803 | (302) 298-0700 |
| (302) 394-6030 | kkeller@shawkeller.com |
| jsimmons@panitchlaw.com | arussell@shawkeller.com |
| kjones@panitchlaw.com | *Attorneys for VGW Luckyland, Inc. and* |
| *Attorneys for Epic Tech, LLC* | *VGW Holdings US, Inc.* |

Dated: August 18, 2025

SO ORDERED this _____ day of _____ 2025.

_____
United States District Court Judge