IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EPIC TECH, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-118-RGA |
| | ) |
| VGW LUCKYLAND, INC., and VGW HOLDINGS US, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO EXTEND TIME**

    The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for Defendants VGW Luckyland, Inc. and VGW Holdings US, Inc. to move, plead, or otherwise respond to the Complaint is extended through and including February 25, 2026. The parties have continued their discussions since their last stipulation, D.I. 53, and request this extension to provide additional time to pursue an amicable resolution of this matter.

| | |
|---|---|
| */s/ Keith A. Jones* | */s/ Karen E. Keller* |
| John D. Simmons (No. 5996) | Karen E. Keller (No. 4489) |
| Keith A. Jones (No. 7011) | Andrew E. Russell (No. 5382) |
| PANTICH SCHWARZE BELISARIO & NADEL LLP | SHAW KELLER LLP |
| Wells Fargo Tower | I.M. Pei Building |
| 2200 Concord Pike, Suite 201 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19803 | Wilmington, DE 19801 |
| (302) 394-6030 | (302) 298-0700 |
| jsimmons@panitchlaw.com | kkeller@shawkeller.com |
| kjones@panitchlaw.com | arussell@shawkeller.com |
| *Attorneys for Epic Tech, LLC* | *Attorneys for VGW Luckyland, Inc. and VGW Holdings US, Inc.* |

Dated: November 19, 2025

SO ORDERED this  20th  day of  November  2025.

/s/ Richard G. Andrews
United States District Court Judge