IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EPIC TECH, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-118-RGA |
| | ) |
| VGW LUCKYLAND, INC., and VGW HOLDINGS US, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for Defendants VGW Luckyland, Inc. and VGW Holdings US, Inc. to move, plead, or otherwise respond to the Complaint is extended through and including May 27, 2026. The parties have continued their discussions since their last stipulation, D.I. 55, and request this extension to provide additional time to pursue an amicable resolution of this matter.

| | |
|---|---|
| /s/ Keith A. Jones | /s/ Andrew E. Russell |
| John D. Simmons (No. 5996) | Karen E. Keller (No. 4489) |
| Keith A. Jones (No. 7011) | Andrew E. Russell (No. 5382) |
| PANTICH SCHWARZE BELISARIO & NADEL LLP | SHAW KELLER LLP |
| Wells Fargo Tower | I.M. Pei Building |
| 2200 Concord Pike, Suite 201 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19803 | Wilmington, DE 19801 |
| (302) 394-6030 | (302) 298-0700 |
| jsimmons@panitchlaw.com | kkeller@shawkeller.com |
| kjones@panitchlaw.com | arussell@shawkeller.com |
| *Attorneys for Epic Tech, LLC* | *Attorneys for VGW Luckyland, Inc. and VGW Holdings US, Inc.* |

Dated: February 17, 2026

IT IS SO ORDERED this 18th day of February, 2026.

/s/ Richard G. Andrews
The Honorable Richard G. Andrews